

November 4, 2022

**<u>Via ECF</u>**
The Honorable Jia M. Cobb
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

      Re: *United States of America v. Eric Gerwatowski*
        Docket Number: 1:22-CR-00125

Dear Judge Cobb,

  As the Court is aware, the undersigned represents Eric Gerwatowski in the above referenced matter. In that regard, we are respectfully requesting an adjournment of the November 9, 2022, to the week of November 21, 2022. I am actively engaged in a trial before The Honorable Joanne Seybert, United States District Court, Eastern District of New York, Alfonso M. D'Amato U.S. Courthouse, 100 Federal Plaza, Central Islip, New York 11722 on the matter of USA v. Lorraine Pilitz, Docket No.: 17-cr-00053-JS-ARL. The trial is anticipated to last approximately until November 10, 2022. . Please be advised that this adjournment request is on consent with AUSA Joseph Hong Huynh, and we are seeking an adjournment of the matter with a continued waiver of Speedy Trial.

  As always thank you for the Court's time and consideration.

                Respectfully,

                _____/s/_____

                Bruce A. Barket

BAB:rc