## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|                             |   |                           |
|-----------------------------|---|---------------------------|
| **UNITED STATES OF AMERICA** | : | **Case No: 22-cr-125**    |
|                             | : |                           |
|                             | : |                           |
| **v.**                      | : | **18 U.S.C. § 231(a)(3)** |
|                             | : |                           |
| **ERIC GERWATOWSKI,**       | : |                           |
|                             | : |                           |
| **Defendant.**              | : |                           |

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, ERIC GERWATOWSKI, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint

session, elected members of the United States House of Representatives and the United States

Senate were meeting in separate chambers of the United States Capitol to certify the vote count

of the Electoral College of the 2020 Presidential Election, which had taken place on November

3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by

approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a

particular objection. Vice President Mike Pence was present and presiding, first in the joint

session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice

President Pence present and presiding over the Senate, a large crowd gathered outside the U.S.

Capitol. As noted above, temporary and permanent barricades were in place around the exterior

of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the

crowd away from the Capitol building and the proceedings underway inside.

5.      At approximately 2:00 p.m., certain individuals in the crowd forced their way

through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd

advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter

or remain in the building and, prior to entering the building, no members of the crowd submitted

to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized

security officials.

6.      At such time, the certification proceedings were still underway and the exterior

doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S.

Capitol Police attempted to maintain order and keep the crowd from entering the Capitol;

however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol,

including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts.  The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured.  The proceedings resumed at approximately 8:00 p.m. after the building had been secured.  Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *GERWATOSKI's Participation in the January 6, 2021, Capitol Riot*

8.      The DEFENDANT traveled from Long Island, NY to Washington DC to attend the rallies there.

9.      However, on January 6, 2021, during the attack on the U.S. Capitol, the DEFENDANT obstructed, impeded, or interfered with law enforcement during commission of civil disorder.  In particular and as captured on CCTV, uniformed Capitol Police Officers had escorted some rioters outside of the U.S. Capitol building and were attempting to close the Upper House Doors to prevent further rioters from breaching the building.  A uniformed officer asked a rioter to move so he could close the door.

10.     The DEFENDANT was at the front of the crowd, just outside the Upper House Doors.  While the uniformed officer was engaged in a conversation with another rioter, the DEFENDANT physically pulled open one of the doors the Capitol Police officer had just closed.   Once the DEFENDANT had physically yanked open the door, he turned to the crowd and yelled, "Let's Go!" and directed more rioters inside the U.S. Capitol building. The DEFENDANT then entered the building.

11.     While inside, the DEFENDANT walked down the corridor and left a few minutes later. Of note, the  Defendant was close in proximity to the area and time when a rioter was shot inside  the U.S. Capitol building.  While inside, the DEFENDANT is heard stating, "They're  raping kids and they're shooting kids" to another rioter who was livestreaming.  He  then turned around and exited the U.S. Capitol building through the same doors.

In total, the DEFENDANT's actions allowed him to be inside the U.S. Capitol building for approximately three minutes.

12.     The DEFENDANT was also interviewed on camera outside the Capitol building. When the interviewer asked him why he entered the U.S. Capitol building, the DEFENDANT responded that "the commies are trying to steal the country" and he believes the election was stolen.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   _____
JOSEPH H. HUYNH
D.C. Bar No. 495403
Assistant United States Attorney (Detailed)
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401-2708
Telephone: (541) 465-6771
Email: joseph.huynh@usdoj.gov

DEFENDANT'S ACKNOWLEDGMENT

I, Eric Gerwatowski, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will.  No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10/12/2022

Eric Gerwatowski
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully.  I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/12/2022

Bruce A. Barket
Attorney for Defendant